UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHATHAN LEE WHITENER and BRANDIE M. WHITENER | : | CASE NO. 17-42163-bem |
| | : | |
| Debtors. | : | |

_____

### WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Cindy Taylor, Loss Prevention Manager for Georgia United Credit Union and hereby requests to withdraw Proof of Claim Number 3-1 filed on behalf of Georgia United Credit Union in the amount of $14,275.92 on September 18, 2017, and Proof of Claim Number 4-1 (amended as 4-2) that was filed on 4/8/2022. These claims have been paid in full.

This 8th day of June, 2022.

_C. Taylor_____
Cindy Taylor, Loss Prevention Manager

Georgia United Credit Union
P.O. Box 100070
Duluth, Georgia 30096-9370
770-476-6400 ext 6753