UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| JONATHAN LEE WHITENER and | } | CASE NO. R17-42163-BEM |
| BRANDIE MARIE WHITENER, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

## MOTION FOR DETERMINATION OF STATUS OF FUNDS

COMES NOW, the undersigned counsel on behalf of K. Edward Safir, Standing Chapter 13 Trustee in the above-styled matter and files this, Motion for Determination of Status of Funds and respectfully shows the Court the following:

1.

The Debtors filed for relief under Chapter 13 of Title 11 of the United States Code on September 12, 2017. The Debtors' confirmed Chapter 13 plan provides for a monthly payment of $486.00 and a pro rata share of $4,795.00 or zero percent (0%) dividend, whichever is greater, to unsecured creditors with allowed and filed claims. The Debtors' unsecured creditors with allowed and filed claims have a remaining balance owed in the approximate amount of $27,624.16. The Debtors' case has been pending for approximately fifty-nine (59) months.

2.

On or about August 19, 2022, the Trustee received a cashier's check in the amount of $7,764.14 from Georgia United Credit Union.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

3.

As the Chapter 13 Trustee only received a cashier's check with no description as to what the $7,764.14 actually represents, the Chapter 13 Trustee is unable to determine proper application of the funds.

4.

Pending an objection and provided there are none either filed or presented orally to the Court, the Trustee specifically requests the approval to disburse the funds pursuant to the terms of the confirmed Chapter 13 plan and for the benefit of the estate.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee respectfully moves the Court for an Order determining the status of the cashier's check in the amount of $7,764.14 and/or in the alternative an Order which allows the Chapter 13 Trustee to apply and disburse the funds according to the terms of the confirmed plan.

Respectfully submitted this 29th day of August, 2022.

/s/
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| JONATHAN LEE WHITENER and | } | CASE NO. R17-42163-BEM |
| BRANDIE MARIE WHITENER, | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Chapter 13 Trustee has filed a **Motion for Determination of Status of Funds** and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the **motion** at the following number: toll-free number: **(833) 568-8864**; meeting ID **1608620914**, at **10:00 AM** on **September 28, 2022** in Courtroom **342**, United States Courthouse, 600 East First Street, Rome, GA 30161.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 29, 2022                                Respectfully submitted,


                                                      _____/s/_____
                                                      Sonya Buckley Gordon
                                                      Attorney for the Chapter 13 Trustee
                                                      GA Bar No. 140987


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

R17-42163-BEM

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

Jonathan Lee Whitener
107 Briarwood Dr
Dalton, GA 30721-8361

Brandie Marie Whitener
107 Briarwood Dr
Dalton, GA 30721-8361

Office of the United States Trustee
R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Building & U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

and all parties of interest on the attached creditor matrix.

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Saeger & Associates, LLC


This 29th day of August, 2022.


_____/s/_____
Sonya Buckley Gordon
Attorney for the Chapter 13 Trustee
GA Bar No. 140987



K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Avenue, N.E., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 17-42163-bem<br>Northern District of Georgia<br>Rome<br>Fri Aug 26 13:57:17 EDT 2022 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Patti H. Bass<br>Bass & Associates, PC<br>Suite 200<br>3936 E. Ft. Lowell Road<br>Tucson, AZ 85712-1083 |
| Best Buy/CBNA<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 |
| Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>6716 Grade Ln Blg 9 STE 910-PY DEPT<br>Louisville, KY 40213-3410 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Citicards/CBNA<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 | Comenity Capital/Zales<br>PO Box 182120<br>Columbus, OH  43218-2120 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV  89193-8873 | Debbie Towns<br>27 Royal Ter<br>Crossville, TN  38558-6338 | Cristina Danielle DiGiannantonio<br>Robertson Anschutz Schneid Crane Ptrs<br>10700 Abbott's Bridge Rd, Suite 170<br>Suite 170<br>Duluth, GA 30097-8461 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)GEORGIA UNITED CREDIT UNION<br>PO BOX 100070<br>DULUTH GA 30096-9370 |
| Georgia Federal Credit Union<br>PO Box 100070<br>Duluth, GA  30096-9370 | Harley Davidson Credit<br>3850 Arrowhead Dr<br>Carson City, NV  89706-2016 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4600 | Kohl's<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| NGRCA<br>P O BOX 1949<br>DALTON,GA 30722-1949 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC<br>PO Box 650783<br>Dallas, TX  75265-0783 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| | | |
|---|---|---|
| Robert Scott Rickman<br>Rickman & Associates, PC<br>Suite 203<br>368 W. Pike Street<br>Lawrenceville, GA 30046-3240 | Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720-8212 | Daniel R. Saeger<br>Rickman & Associates, P.C.<br>706 S Thornton Ave. Ste. D<br>Dalton, GA 30720-8212 |
| K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | Syncb/Lowes<br>PO Box 965005<br>Orlando, FL  32896-5005 | Syncb/WalMart<br>PO Box 965024<br>Orlando, FL  32896-5024 |
| Brandie Marie Whitener<br>107 Briarwood Dr<br>Dalton, GA 30721-8361 | Jonathan Lee Whitener<br>107 Briarwood Dr<br>Dalton, GA 30721-8361 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Bankruptcy Section<br>PO Box 1847, 100-50-01-51<br>Wilson, NC 27894 | Heather D. Bock<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Chase Card<br>PO Box 15298<br>Wilmington, DE  19850-5298 |
| Discover Bank<br>PO Box 15316<br>Wilmington, DE  19850-5316 | GEORGIA UNITED CREDIT UNION<br>P.O. Box 100070<br>Duluth, GA 30096 | (d)GEORGIA UNITED CREDIT UNION<br>P.O. BOX 100070<br>DULUTH, GEORGIA 30097 |
| (d)A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 | (d)Michael J. McCormick<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Nationstar Mortgage LLC<br>Bankruptcy Department<br>P.O Box 619096<br>Dallas, TX 75261-9741 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | (d)Maria A. Tsagaris<br>McCalla Raymer Liebert Pierce<br>1544 Old Alabama Road<br>Roswell, GA 30076 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Kohl's<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (u)Nationstar Mortgage LLC | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41